## PETER GODFROY *versus* DAVID C. McKINSTRY, WARREN HOWARD AND JACOB SMITH

JOURNAL ENTRIES (1823–30): *Journal 3:* (1) Bail waived, appearance *p. 397. *Journal 4:* (2) Death suggested, continued MS p. 8; (3) continued MS p. 94; (4) continued MS p. 140; (5) motion for leave to amend MS p. 223; (6) rule for judgment of nonsuit MS p. 230; (7) leave given to show cause against nonsuit MS p. 257; (8) motion to set aside nonsuit overruled, judgment for costs MS p. 413.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) notice of demand for copy of bond; (5) plea; (6) precipe for subpoena duces tecum to bring up records of county court containing jail limits; (7) motion for leave to file amended pleas; (8) subpoena; (9) precipe for execution fi. fa. for costs; (10) writ of fi. fa. and return.
*1822–23 Calendar*, MS p. 132.